**Dismissed and Opinion Filed October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00845-CV

**THE ESTATE OF LEON AND LULA MAE RASBERRY AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**US BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01896-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 14, 2015, we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 14, 2015, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. By letter dated September 16, 2015, we informed appellants the clerk's record had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellants had been

found to be entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b),(c).

150845F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE ESTATE OF LEON AND LULA MAE RASBERRY AND ALL OTHER OCCUPANTS, Appellants

No. 05-15-00845-CV    V.

US BANK NATIONAL ASSOCIATION, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-15-01896-C.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee US Bank National Association recover its costs, if any, of this appeal from appellants The Estate of Leon and Lula Mae Rasberry and all other Occupants.

Judgment entered October 22, 2015.